UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6130**-CR-DIMITROULEAS
8 U.S.C. §§1326(a), (b)(2)

UNITED STATES OF AMERICA )
)      MAGISTRATE JUDGE
v. )     SNOW
)
GUSTAVO TAMAYO )
a/k/a Javier Beltran, )
a/k/a Gustavo Tamayo-Ortiz, )
)
Defendant. )
_____ )



FILED by __ D.C.
MAY 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that

## COUNT I

On or about February 15, 2000, in Broward County, in the Southern District of Florida, the

defendant,

**GUSTAVO TAMAYO,**
a/k/a Javier Beltran,
a/k/a Gustavo Tamayo-Ortiz,

an alien, having been previously deported from the United States to Colombia on or about September

16, 1996, was knowingly in the United States without the Attorney General having expressly

consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| <u>GUSTAVO TAMAYO</u> | **Superseding Case Information:** |

*Court Division:* (Select One)

New Defendant(s) ___ Yes ___ No
Number of New Defendants ___
Total number of counts ___

___ Miami    ___ Key West
_X_ FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _No_
   List language and/or dialect

4. This case will take    _2_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)    (Check only one)

   I    0 to 5 days    _X_         Petty    ___
   II   6 to 10 days   ___         Minor    ___
   III  11 to 20 days  ___         Misdem.  ___
   IV   21 to 60 days  ___         Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)    _No_
   If yes:
   Judge: ___    Case No. ___
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No)    _No_
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the ___    District of ___

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes _No_

*[signature]*

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached    REV 4 7 99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant Name:** __GUSTAVO TAMAYO__   **Case No.:** _____

================================   ==========================================

Count #I: Illegal reentry into U.S. after aggravated felony conviction: 8:1326(a) and (b)(2)

_____

_____

**Max. Penalty:** 20 years' imprisonment; $2,000,000.00 fine
=============================================================================
Count #

_____

_____

**Max. Penalty:**
=============================================================================
Count #

_____

_____

**Max. Penalty:**
=============================================================================
Count #:

_____

_____

**Max. Penalty:**
=============================================================================
Count #:

_____

_____

**Max. Penalty:**
=============================================================================

=============================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.