# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

GUSTAVO TAMAYO
a/k/a Javier Beltran

TO: The United States Marshal
and any Authorized United States Officer

FILED by _____ D.C.
MAY 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WARRANT FOR ARREST

CASE NUMBER:

00-6130
CR - DIMITROULEAS
MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest _____ GUSTAVO TAMAYO
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) being an alien who, having previously been deported from the United States, knowingly and unlawfully re-entered the United States without the Attorney General having expressly consented to such alien's reapplying for readmission to the United States;

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)(2)__

CLARENCE MADDOX
Name of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

Bail fixed at Pre-trial detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

May 16, 2000, Fort Lauderdale, Florida
Date and Location

by _____
United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ GUSTAVO TAMAYO _____

ALIAS: ___ JAVIER BELTRAN, GUSTAVO TAMAYO-ORTIZ _____

LAST KNOWN RESIDENCE: 7851 N.W. 16th Ct., Pembroke Pines, Florida 33024 ___

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: 3-28-65 _____

SOCIAL SECURITY NUMBER: 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 _____

HEIGHT: _____ WEIGHT: _____

SEX:    Male _____  RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: 802687RA3 _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: United States Immigration and Naturalization Service Special Agent

Tara Maguire 786-367-6163