DFT: Gustavo Tamayo     CASE NO: 00-6130-CR-Dimitrouleas
AUSA: Duty: Roger Stefin /     ATTNY: Marty Bidwell
AGENT: Rosenbaum     VIOL:
PROCEEDING: Initial Appearance     BOND REC:
BOND HEARING HELD - yes/no     COUNSEL APPOINTED: FPD
BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by ___ D.C.
JUN 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

- advised of charges
- sworn for counsel
- Spanish Interp

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: 6-13-00   10:00am  BSS
PRELIM/ARRAIGN. OR REMOVAL: 6-13-00   10:00am  BSS
STATUS CONFERENCE:
DATE: 6-8-00     TIME: 11:00am     TAPE #: 00-046
1506-2049