UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
JUN 8 2000

UNITED STATES OF AMERICA

vs

CASE NO. 00-6130-CR-Dimitrouleas

Gustavo Tamayo,

O R D E R

THIS CAUSE is before the Court upon oral motion of the government to unseal the indictment in the above-named case. The government's motion is GRANTED and it is hereby

ORDERED AND ADJUDGED that the indictment be unsealed as to all defendants.

DONE AND ORDERED at Fort Lauderdale, Florida, this __8__ day of ___June___, 20_00_.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE