# United States District Court

SOUTHERN DISTRICT OF FLORIDA   476695

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

GUSTAVO TAMAYO
a/k/a Javier Beltran
TO: The United States Marshal
and any Authorized United States Officer

CASE NUMBER:
# 00-6130
## CR-DIMITROULEAS

YOU ARE HEREBY COMMANDED to arrest _____ GUSTAVO TAMAYO _____ **MAGISTRATE JUDGE**
Name                                    **SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) being an alien who, having previously been deported from the United States, knowingly and unlawfully re-entered the United States without the Attorney General having expressly consented to such alien's reapplying for readmission to the United States;

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)(2)__

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_Signature of Issuing Officer_

May 16, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at __Pre-trial detention__   by _____
United States Magistrate Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL.

| DATE RECEIVED<br>5/16/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>6/8/2000 | FOR: INS | Fred Depompa, SDUSM |