UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal = _____
CC-6130
UNITED STATES OF AMERICA )  Case Number: CR Dimitrouleas
             Plaintiff  )  REPORT COMMENCING CRIMINAL
    -vs-                )       ACTION
Gustavo TAMAYO          )
         Defendant

FILED by _____ D.C.
JUN - 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6/8/00  7:30 am/pm

(2) Language Spoken: Spanish

(3) Offense(s) Charged: 8 USC 1326 Reentry of Deported Alien

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 03/28/65

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case # OO-6130 CR Dimitrouleas

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Ft Lauderdale - Southern of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 6/08/00   (9) Arresting Officer: Tara Maguire
(10) Agency: US INS         (11) Phone: 305-762-3629
(12) Comments: _____