DEFT: Gustavo Tamayo (J)#   CASE NO: 00-6130-CR-Dimitrouleas
AUSA: Robin Rosenbaum /Bruce Brown   ATTNY: FPD: Daryl Wilcox present
AGENT:   VIOL:
PROCEEDING: PTD HEARING/ Arraignment   BOND REC:
BOND HEARING HELD - yes/no   COUNSEL APPOINTED:
___ BOND SET @ $250,000 CSB w/ Nebbia

CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passport/ travel documents.
4) Rpt to PTS as directed /or ___ week/month by phone; ___ x/s month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

(Circle One)
Interpreter Request
No Interpreter
Not Known
(Specify Language)

FILED BY ___ D.C.
JUN 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

No Bond hrg held
Both sides stipulate
to a CSB w/ nebbia,
reserving right to proceed
with PTD hearing at a
later date

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 6-28-00   11:00am   Snow

DATE: 6-13-00   TIME: 10:00am   TAPE # 00-049   PG # 550-650