

JUN 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6130-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Gustavo Tamayo

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry Seltzer on   6-13-00         , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retain counsel of record will be noticed for trial by the District Court Jud assigned to this case. The following information is current as of this dat

DEFENDANT:            Address:_____In Custody_____

Telephone:_____

DEFENSE COUNSEL:      Name:_____FPD_____

Address:_____

Telephone:_____

BOND SET/C̶O̶N̶T̶I̶N̶U̶E̶D̶:  $ Stipulated to 250,000 CSB w/nebbia
                     reserving right to proceed with PTD hearing at a later
                     date

Bond hearing held: yes_____  no  X  Bond hearing set for_____

Dated this  13   day of   June  , 2000 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By:_____
Deputy Clerk

Tape No. 00-049

cc: Clerk for Judge
    U. S. Attorney