UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6130-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
v. )
)
GUSTAVO TAMAYO, )
)
Defendant. )
_____ )

## NOTICE REGARDING COUNSEL FOR THE UNITED STATES OF AMERICA

Please take notice that Robin S. Rosenbaum, the Assistant United States Attorney assigned to the above-captioned case, is married to one of the law clerks to the Honorable William Dimitrouleas. The United States understands that Ms. Rosenbaum's husband takes no role in and is entirely removed from any involvement in any case to which Ms. Rosenbaum is assigned. Because Ms. Rosenbaum's husband is isolated from the cases on which she works, including the instant case, the United States is aware of no basis to seek recusal of Judge Dimitrouleas or for Ms. Rosenbaum to withdraw as counsel for the United States. See Hunt v. American Bank & Trust Co. of Baton Rouge, 783 F.2d 1011 (11th Cir. 1986); O'Bannon v. Union Pacific Railroad Co., 169 F.3d 1088 (8th Cir. 1999); O'Halloran v. Ryan, 835 F.2d 506 (3d Cir. 1987); In re San Juan Dupont Plaza Hotel Fire Litigation, 129 F.R.D. 409 (D.P.R. 1989); United States v. Jackson, 209 F.3d 1103, 1110 n.4 (9th



Cir. 2000), see also Guide to Judiciary Policies and Procedures, Codes of Conduct for Judges and Judicial Employees, Committee on Codes of Conduct, Advisory Opinions No. 51 and 74.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By: _____
     ROBIN S. ROSENBAUM
     ASSISTANT U.S. ATTORNEY
     Florida Bar No. 908223
     500 E. Broward Blvd., Suite 700
     Fort Lauderdale, Florida 33394
     Tel: (954) 356-7255 ext. 3595
     Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this notice was sent this ___ day of June, 2000, by United States mail, first class, to Daryl Wilcox, Esq., Office of the Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

_____
Robin S. Rosenbaum
Assistant U.S. Attorney

2