UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           )
                                    )
    Plaintiff,                      )
                                    )
vs.                                 )
                                    )
GUSTAVO TAMAYO,                     )
a/k/a Javier Beltrán                )   CASE NO. 00-6130 CR-DIMITROULEAS
a/k/a Gustavo Tamayo-Ortiz          )
                                    )
    Defendant                       )
_____/

### MOTION FOR SUBSTITUTION OF COUNSEL
### AND NOTICE OF APPEARANCE

COMES NOW, the Defendant, GUSTAVO TAMAYO, by and through the undersigned attorney, and respectfully request that the Defendant be granted a substitution of counsel and as such the undersigned attorney hereby files his appearance on behalf of the Defendant, GUSTAVO TAMAYO, for all proceedings in the Southern District of Florida under Case No.00-6130 CR-DIMITROULEAS, and as grounds therefore would state:

1.  The Defendant is presently represented by Daryl E. Wilcox, Assistant Federal Public Defender.

2.  Undersigned counsel has been retained by the family of the Defendant for his representation in this matter.

3.  Undersigned counsel is duly admitted to practice before the Federal Court in the Southern District of Florida and in the State of New Jersey as well as being admitted to the Bar of the 3rd and 11th Circuits.

**COPIES NOT PROVIDED**
**NON-COMPLIANCE OF S.D. Fla. L.R.**
**ENVELOPES NOT PROVIDED**

IRVING JOSEPH GONZALEZ • 444 Brickell Avenue • Suite 804 • Miami, Florida 33131 • Tel: (305) 374-4343 • Fax: (305) 374-4348

WHEREFORE, the Defendant respectfully requests this Honorable Court grant the foregoing Motion for Substitution of Counsel and accept the undersigned's Notice of Appearance in this matter and relieve the aforementioned attorney from further responsibility in this matter.

        Respectfully submitted,

        IRVING JOSEPH GONZALEZ
        ATTORNEYS AT LAW
        Attorney for Defendant
        444 Brickell Avenue
        Suite 804
        Miami, Florida 33131
        (305) 374-4343

        By: _____
           IRVING J. GONZALEZ, ESQ.
           BAR # 806810

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ＿＿ day of ＿＿＿＿＿＿, 2000 to Robin S. Rosenbaum, AUSA, copy faxed and mailed to Daryl E. Wilcox, Assistant Federal Public Defender, along with mailing the original to the Clerk of Court.

By: ＿＿＿＿＿＿＿＿＿＿＿＿
IRVING J. GONZALEZ, ESQ.

9222/Motion for Submt. & Notice of App.