UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6130-CR-DIMITROULEAS

Plaintiff,

vs.

GUSTAVO TAMAYO,

Defendant.
_____/

## O R D E R

THIS CAUSE having been heard upon Defendant's June 22, 2000 Motion For Substitution of Counsel, it is GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

WILLIAM P. DIMITROULEAS
United State District Judge

Copies furnished to:

Robin Rosenbaum, AUSA

Daryl Wilcox, AFPD

Irving Gonzalez, Esquire
444 Brickell Avenue, #804
Miami, FL 33131

