HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __WILLIAM MACHUCA_____ CASE NO: __00-6149-CR-ZLOCH__

AUSA __TERRY THOMPSON__ /Brown/ ATTY FPD - Bernardo Lopez
              IRWIN LICHTER, ESQ. for Edgar Antonio Quimbayo    for Hunt
                                                                00-036
                    \ pres                                      @ 409
DEFT _Disc handout in open court_____
AUSA _Aug 14 trial set_ ATTY — 19 audio
_Transcript to be completed_            1 video tape
_in 10 days_

DEFT __GUSTAVO TAMAYO_____ CASE NO: __00-6130-CR-DIMITROULEAS__

AUSA __ROBIN ROSENBAUM__ /Brown/ ATTY FPD - Cat Hunt for
                                             Wilcox
                                                        @ 481

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __6/28/00_____ TIME __11:00_____

