## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS



CASE NUMBER: 00-6130-CR-WPD   DATE: 7/14/00

COURTROOM CLERK: Deloris McIntosh      COURT REPORTER: Bob Ryckoff

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Gustavo Tamayo (J)

U.S. ATTORNEY: ~~Robin Rosenbaum~~ Lynn Rosenthal   DEFT. COUNSEL: Irving Gonzalez

REASON FOR HEARING: Calendar Call / Change of Plea

RESULT OF HEARING: Deft pled guilty to Count 1 of the Indictment

_____

JUDGMENT: _____

CASE CONTINUED TO: 9/22/00   TIME: 11:15   FOR: Sentencing

MISC: _____

