UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　CASE NO. 00-6130-CR-DIMITROULEAS

    Plaintiff,

vs.

GUSTAVO TAMAYO,　　　　　　　　**MOTION FOR CONTINUANCE OF SENTENCING**

    Defendant.

_____/

COMES NOW, the Defendant, GUSTAVO TAMAYO, by and through his undersigned attorney, and respectfully files this Motion for Continuance of Sentencing and, as grounds therefore would state as follows:

1. Sentencing is set on this matter for 22 September 2000 at 11:15 a.m.
2. Counsel's wife is pregnant and expecting their first child on or about 5 October 2000, but has been informed by his wife's doctor that there is a possibility that he may have to induce birth on 22 September 2000.
3. Since there is this possibility, counsel would prefer at this time to request a continuance rather than have to do so on the date of sentencing.
4. Counsel has spoken to AUSA, Robin Rosenbaum, and she has no objections to the granting of this motion.
5. This motion is made in good faith and not for the purpose of delay.
6. Counsel would respectfully request that this matter be continued for sometime towards the end of October as counsel expects to take his annual leave after the birth of his child.

IRVING JOSEPH GONZALEZ • 444 Brickell Avenue • Suite 804 • Miami, Florida 33131 • Tel: (305) 374-4343 • Fax: (305) 374-4348

WHEREFORE, Counsel respectfully requests that this Motion for Continuance of Sentencing be granted.

                          Respectfully Submitted,

                          IRVING JOSEPH GONZALEZ
                          ATTORNEY AT LAW
                          444 Brickell Avenue, Suite 804
                          Miami, FL 33131
                          (305) 374-4343

By: _____
     IRVING J. GONZALEZ, ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was mailed this 12th day September, 2000 to Robin S. Rosenbaum, AUSA, along with mailing the original to the Clerk of Court.

_____
IRVING J. GONZALEZ, ESQ.

9222-Motion for Continuance of Sentencing