UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6130-CR-DIMITROULEAS

    Plaintiff,

vs.

GUSTAVO TAMAYO,

    Defendant.
_____/

FILED by ___ D.C.
SEP 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having come to be heard upon Defendant's Motion For Continuance of Sentencing, it is __Granted__. Sentencing is reset until October 27, 2000 at 11:00 A.m.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this __13__ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Irving J. Gonzalez, Esq.
444 Brickell Avenue
Suite 804
Miami, Florida 33131

Robin S. Rosenbaum, AUSA
500 E. Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394

USPO

