**CRIMINAL MINUTES**

FILED by _____ D.C.

OCT 27 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6130-CR-WPD     DATE: October 27, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS.   Gustavo Tamayo

U.S. ATTORNEY: Bob Kornbaum / Bruce Brown     DEFT. COUNSEL: Irving Gonzalez

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed, 41 months BOP, 3 years supervised release, no fine, $100.00 assessment.

Court recommends designation to a Florida Facility.

CASE CONTINUED TO: _____     TIME: _____     FOR: _____

MISC: Deft informed of Right to Appeal.