UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



ERROR IN DOCKETING

PLEADING NUMBER SKIPPED

CASE NUMBER: *00-6130 CR WPD*

SKIPPED PLEADING NUMBER: *29*

DOCKET CLERK INITIALS: *DP*