# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**GUSTAVO TAMAYO**

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06130-001**

Irving Gonzalez, Esq./Robin Rosenbaum, AUSA
Defendant's Attorney

**THE DEFENDANT:**

- [X] pleaded guilty to count(s) **1**
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. § 1326 (a)(b)(2) | Illegal Reentry After Deportation | 02/15/2000 | 1 |

FILED by ___ D.C.
OCT 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **03/28/1965**
Defendant's USM No.: **55330-004**
Defendant's Residence Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami**    FL    **33132**

Defendant's Mailing Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami**    FL    **33132**

**10/27/2000**
Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

October 27, 2000
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: _____ Deputy Clerk
Date

DEFENDANT: **GUSTAVO TAMAYO**
CASE NUMBER: **0:00CR06130-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __41__ month(s) _____.

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be designated to a facility in the state of Florida.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on __11-17-00__ to __FCI__

at __CUV__, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal